# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00244-CV

### In re Michael Paul Young, II

### ORIGINAL PROCEEDING FROM BELL COUNTY

## M E M O R A N D U M   O P I N I O N

Relator has filed a petition for writ of mandamus complaining of unspecified temporary "rulings and orders" entered by the trial court on April 4, 2025. However, after relator filed his petition, on April 11, 2025, the trial court entered its final order of termination. Because the final order supersedes the unspecified temporary "rulings and orders" for which relator seeks mandamus relief, his petition is now moot, and the proper vehicle for relator to challenge any errors committed in the proceedings below is a standard appeal. Because relator's complaints about the unspecified temporary "rulings and orders" are now moot, we dismiss his petition for writ of mandamus for lack of jurisdiction. *See* Tex. R. App. P. 52.8(a).

_____

Maggie Ellis, Justice

Before Chief Justice Byrne, Justices Kelly and Ellis

Filed: April 23, 2025